United States District Court
Southern District of Texas
**ENTERED**
September 24, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE CABOT OIL & GAS CORPORATION DERIVATIVE LITIGATION | § § § § § § § § § Civil Action No. 4:21-cv-2046<br>Civil Action No. 4:21-cv-3053 |

## ORDER

The defendants' motion to consolidate related cases, Docket Entry No. 40, is granted. The case styled *Treppel Family Trust v. Dinges*, Civil Action No. 4:21-cv-03053, (Hughes, J.) (the "Treppel Action") is consolidated into the earlier filed related case styled *In re Cabot Oil & Gas Corp. Deriv. Litig.*, Civil Action No. 4:21-cv-2046, (the "Original Derivative Action") and is reassigned to the undersigned judge. Further proceedings in this matter will be under the style and case number for the Original Derivative Action, subject to court order.

SIGNED on September 23, 2021, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge